```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED GENERAL TITLE INSURANCE,      :

                    Plaintiff,       :

        - against -                  :

CORTLAND ACRES, LTD. et al.,         :

                    Defendants.      :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10

**ORDER**

09 Civ. 3636 (DC)

**CHIN, District Judge**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  New York, New York

April 8, 2010

DENNY CHIN
United States District Judge